## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:55-11:03 ( 8 min)
Date: **November 28, 2007**

Case No: **C07-4339 JL**

Case Name: **John Brosnan v. Alki Mortgage**

Plaintiff  Attorney(s):Not present
Defendant Attorney(s): Dylan Reidt - In pro per

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                            **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Court to review case and notify defendants of status.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court

Notes:


cc: Venice, Kathleen,