United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11    JOHN BROSNAN                        No. C 07-4339 JL
12          Plaintiffs,
13      v.
14    ALKI Mortgage, eL                   CONSENT TO PROCEED BEFORE
                                          UNITED STATES MAGISTRATE JUDGE
15          Defendants.
16    _____/
17          In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party

18    hereby consents to have a United States Magistrate Judge conduct any and all further

19    proceedings in the case, including trial, and order the entry of a final judgment, and

20    voluntarily waives the right to proceed before a United States District Judge. I understand

21    that I am free to withhold consent to jurisdiction of this court and request reassignment to a

22    district judge without adverse substantive consequences.

23
24
25    Date:    12/03/2007
26                                        Signature _____
27
28                                        Counsel for    Pro Per