UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

ALKI MORTGAGE, et al.,

    Defendants.
_____/

No. C 07 - 4339 JL

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: December 5, 2007

_____
Signature

Counsel for Pro Se

CONSENT      1