1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6   JOHN BROSNAN

7           Plaintiff(s),                          No. 07-04339 (JL)

8           v.                                     NOTICE AND ORDER
                                                   SETTING HEARING
9   ALKI MORTGAGE

10          Defendant(s).
    _____/
11

12          TO ALL PARTIES AND COUNSEL OF RECORD:

13          The above entitled case has been set for hearing defendants' motion to dismiss on

14   January 30, 2008 at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James

15   Larson. Defendant's appearance may be by phone.

16          In accordance with Civil Local Rule 7-3, the opposition, if not already filed, shall be

17   served and filed no later than **twenty-one (21)** days prior to the hearing.  Any reply to the

18   opposition shall be served and filed no later than **fourteen (14)** days prior to the date of the

19   hearing.

20                      LAW AND MOTION HEARING PROCEDURES

21          All filings of documents relating to motions referred to Magistrate Judge Larson shall list

22   the civil case number and the District Court Judge's initials followed by the designation "(JL)".

23          AT THE TIME OF FILING OF ORIGINAL PAPERS , THE PARTIES ARE REQUIRED

24   TO SUBMIT A HARD COPY TO MAGISTRATE JUDGE LARSON'S CHAMBERS.

25

26   Dated:  December 10, 2007

27                                                 _____
                                                   Wings Hom, Courtroom Deputy to
28                                                 U.S. Magistrate Judge James Larson