1  John Brosnan

2  3321 Vincent Road

3  Pleasant Hill, CA 94523

4  510.779.1006 : Tel

5  925.237.8300 : Fax

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  JOHN BROSNAN DBA APEX ISP<br>11  SERVICES, | CASE NUMBER : C 07 4339 JL |
| 12  Plaintiff, | PLAINTIFF'S OPPOSITION TO<br>DEFENDANT'S MOTION TO<br>DISMISS CASE WITH PREDJUDICE |
| 13  v. | REQUEST FOR SANCTIONS |
| 14 | |
| 15  ALKI MORTGAGE, BRIAN MCKEE,<br>16  DYLAN REIDT AND DOES 1 - 100, | |
| 17  Defendants. | |

18

19

20                **INTRODUCTION**

21     1.     This action arises due to Defendant' illegal sending of SPAM (SPAM is defined as

22  unsolicited commercial email) in violation of the CAN-SPAM ACT of 2003 (Controlling the

23  Assault of Non-Solicited Pornography and Marketing Act).

24     2.     Defendants violated the CAN-SPAM ACT more than a thousand times in respect to

25  plaintiff which forced plaintiff to bring his action.

26

27              **STATEMENT OF FACTS**

28

29     3.     On August 22, 2007, John Brosnan ("BROSNAN") filed this complaint

30  ("COMPLAINT").

31     4.     On September 10, 2007, BROSNAN caused this COMPLAINT to be served on

32  defendants.  Said service was performed by a Roland Brown, a licensed Washington State

33  Process Server [Exhibit 1].

1    5.    On September 27, 2007, Dylan Reidt ("REIDT") filed an answer on behalf of Alki

2    Mortgage LLC ("ALKI") and REIDT.

3    6.    On September 30, 2007, REIDT filed an AMENDED ANSWER to the complaint but

4    did not serve BROSNAN with a copy of it.

5    7.    BROSNAN searched the California State Bar website and determined that REIDT is

6    not an attorney licensed to practice law in California [Exhibit 2].

7    8.    On November 2, 2007, BROSNAN spoke with REIDT regarding the issue of REIDT

8    needing an attorney for ALKI to respond and then BROSNAN sent to REIDT a fax asking

9    REIDT to file a proper answer [Exhibit 3].  REIDT did not respond.

10    9.    On November 5, 2007, a person who identified himself as an attorney for REIDT by the

11    name of Albert Rosen ("ROSEN") called BROSNAN and told BROSNAN that a proper answer

12    would be filed.

13    10.    On or about November 8, 2007, ROSEN called BROSNAN to let BROSNAN know

14    that he was working on the new answer to the complaint and that ROSEN would be in contact

15    with BROSNAN when he was finished.

16    11.    On or about November 9, 2007, ROSEN contacted BROSNAN and informed

17    BROSNAN that he would be representing all the defendants and asked that BROSNAN stipulate

18    to at least a 30 day postponement of the November 28, 2007, Case Management Conference

19    Hearing.  BROSNAN agreed to the stipulation. ROSEN informed BROSNAN that ROSEN

20    would prepare the stipulation and send it to BROSNAN for his signature.

21    12.    On or about November 11, 2007, BROSNAN received a STIPULATION TO

22    POSTPONE ("STIPULATION") the CASE MANAGEMENT HEARING scheduled for

23    November 28, 2007, [Exhibit 4].  The STIPULATION proposed a new CASE MANAGEMENT

24    CONFERENCE HEARING date to be set no earlier than January 2, 2008.  BROSNAN signed

25    the STIPULATION and returned it to ROSEN.

26    13.    At some point in immediately prior to the November 28, 2007, hearing BROSNAN

27    discovered that no postponement had been filed.

28    14.    BROSNAN now believes that ROSEN was a fabrication by REIDT to trick BROSNAN

29    into not appearing.

30    15.    On December 4, 2007, REIDT filed his Motion to Dismiss on behalf of himself and

31    ALKI.  REIDT did not serve BROSNAN with a copy of the motion.

32    16.    On December 23, 2007, BROSNAN sent to REIDT a letter regarding REIDT'S failure

33    to serve BROSNAN with his motion and the fact that REIDT was still representing ALKI even

1 though REIDT was not an attorney [Exhibit 5].  REIDT did not respond.

2     17.   On December 28, 2007, BROSNAN sent another fax to REIDT wherein BROSNAN

3 again speaks to REIDT regarding REIDT'S need for an attorney and BROSNAN'S belief that

4 ROSEN was in fact REIDT [Exhibit 6].  REIDT did not respond.

5     18.   As of January 22, 2008, ALKI is still represented by REIDT and has refused to respond

6 to BROSNAN.

7

8 **ANALYSIS**

9

10     19.   The only reason that BROSNAN did not show up for the scheduled Case Management

11 Conference is that BROSNAN believed that ROSEN was a real attorney and that ROSEN would

12 be filing the paperwork to have the hearing postponed.

13     20.   REIDT has continued to represent ALKI even though REIDT is not an attorney.

14     21.   BROSNAN has repeatedly informed REIDT that REIDT needs to hire an attorney to

15 represent ALKI yet REIDT refuses to do so.

16     22.   REIDT refuses to serve BROSNAN with his motions.

17     23.   REIDT refused to communicate with BROSNAN.

18

19 **CONCLUSION**

20

21     24.   Defendant's motion should be denied.

22     25.   Defendant should be ordered to hire legal counsel to represent ALKI.

23 Dated: January 27, 2008      _____

24                         John Brosnan

25 PROOF OF SERVICE - I am employed in the county of Contra Costa, State of California.  I am

26 over the age of 18 and not a party to the within action; my business address is 3321 Vincent

27 Road, Pleasant Hill, CA 94523.  On January 27, 2008, in San Pablo, CA, I caused to be

28 deposited with the United States Postal Service a PLAINTIFF'S OPPOSITION TO

29 DEFENDANT'S MOTION TO DISMISS, said envelope was addressed to, Dylan Reidt, 2938

30 Alki Ave SW, Seattle, WA 98116, I also faxed the same paperwork to 206.374.2658

31 I declare under penalty of perjury under the laws of the State of California that the foregoing is

32 true and correct.  _____ Hector Reynoso

33

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

# EXHIBIT 1

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/10/2007 |
| NAME OF SERVER *(PRINT)*<br>Roland Brown | TITLE<br>Washington State Process Server Regitration #2006-05 | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

     7025 California Avenue SW, Seattle, WA 98136

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:
     "Jane Doe" (name refused) Receptionist/Secretary for Dylan Reidt, in charge of office at time of service.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$50.00 | TOTAL<br>$50.00 |

| DECLARATION OF SERVER |
|---|
|          I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on    9/12/2007            _____
               Date             *Signature of Server*

               PO Box 866, Marysville, WA 98270
               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1

2

3

4

5

6

7
## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| JOHN BROSNAN d/b/a APEX ISP<br>SERVICES | No. C 07 4339 |
| Plaintiff, | |
| vs. | **DECLARATION OF SERVICE:** |
| | SUMMONS IN A CIVIL CASE;<br>COMPLAINT FOR DAMAGES |
| BRIAN MCKEE; DYLAN REIDT; ALKI<br>MORTGAGE, INC., AND DOES 1 - 100 | |
| Defendants. | |

10

11

12

13

14

15

16

17  State of Washington               )
                                      ) ss.
18  County of Snohomish               )

19      I Roland Brown, declare under penalty of perjury under the laws of the State of
Washington: That I am now and at all times herein mentioned a citizen of the United States and
20  resident of the State of Washington, over the age of eighteen years, not a party to or interested in
the above entitled action and competent to be a witness therein.

21

22      That on September 10th, 2007 at 2:25 PM at 7025 California Avenue, SW, Seattle, at King
County Washington, 98136 affiant duly served the above described documents in the above
23  entitled matter upon defendant Alki Mortgage Inc., by then and there personally leaving same
with "Jane Doe" (name refused), receptionist/secretary of Alki Mortgage, Inc., and person in
charge of office at the time of service.

24

Description: Caucasian female, age 30's, approximately 5" 7" tall, 125 to 135 lbs., long sandy
25  brown hair.

26

27

28

29
## DECLARATION OF SERVICE PAGE 1 OF 2

1    Dated this 12th day of September, 2007.

2

3                                              _____
                                               Roland Brown
4                                    Washington State Process Server Registration #2006-05

5

Service fee:    $50.00
6
Travel:         $0.00
7
Notary:         $0.00
8
Total:          $50.00
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                        **DECLARATION OF SERVICE PAGE 2 OF 2**

# EXHIBIT 2



# THE STATE BAR OF CALIFORNIA

Friday, January 25, 2008                                                                    State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

reidt                                          Search        **Advanced Search »**

☐ Include similarly sounding names and alternate spellings

**Your search for *reidt* returned no results.**

Would you like to search for names that sound like *reidt*?

**Contact Us      Site Map      Privacy Policy      Notices      © 2008 The State Bar of California**

# EXHIBIT 3

**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel • 650.745.2723:Fax**

November 2, 2007

Re:  Brosnan v Alki, Case number C07-4339JL
     Meet and Confer
To:  Dylan Reidt via fax to 206.374.2658

Dear Mr. Reidt,

I'm in receipt of your most recent attempt to file a proper answer in Case Number C07-4339.  It was my understanding based upon our last conversation that you were going to file a proper conforming answer. It appears that my understanding was incorrect.  As I told you last time we spoke I was going to file a motion to have your answer stricken and then take your default.  Please advise as to whether you plan to file a proper conforming answer or not.  If I don't receive a proper conforming answer by 5PM on November 7, 2007, I will file a MOTION TO STRIKE ANSWER.  And I will also be asking the court to enter a default judgment against you.

Sincerely,
John Brosnan

# EXHIBIT 4

Albert Rosen, Esq.
2938 Alki Ave SW
Seattle, WA 98116
Attorney for Defendants

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN DBA APEX ISP              ) Case No. C 07 4339 JL
SERVICES                               )
                                       ) STIPULATION TO POSTPONE CASE
          PLAINTIFF,                   ) MANAGEMENT HEARING ON
                                       ) NOVEMBER 28, 2007
     vs.                               )
                                       )
ALKI MORTGAGE, BRIAN MCKEE,            )
                                       )
DYLAN REIDT and DOES 1-100             )
                                       )
          Defendant                    )

_____

STIPULATION OF ALL PARTIES TO POSTPONE CURRENTLY SCHEDULED CASE

MANAGEMENT CONFERENCE SCHEDULED FOR NOVEMBER 28, 2007.

Plaintiff and Defendants agree to a postponement of the currently scheduled Case

Management Conference to a date no sooner than January 2, 2008.

Dated this November 9, 2007

_____
Albert Rosen, Esq.
Attorney for Defendants

Dated: 11/1/2007

_____
John Brosnan

# EXHIBIT 5

**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel • 925.237.8300:Fax**

December 23, 2007

Re:  Brosnan v Alki, Case number C07-4339JL
To:  Dylan Reidt via fax to 206.374.2658

Dear Mr. Reidt,

The court has informed me that you have filed a Motion to Dismiss.  As of December 23, 2007, I have not received a copy of it.  You need to serve me with your motion.  I also checked the court's website and it still appears as though you are representing Alki Mortgage LLC.  It's my understanding that you're not an attorney and as I explained to you in previous letters a non-attorney can't represent an LLC.  I'll be filing a motion regarding this issue unless you correct it and provide documentation to me showing that you have corrected the issue.  I will give you until 3 PM on December 26, 2007, otherwise I shall move forward with my motion.

Sincerely,
John Brosnan

# EXHIBIT 6

**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel • 925.237.8300:Fax**

December 28, 2007

Re:  Brosnan v Alki, Case number C07-4339JL
       Meet and Confer
To:  Dylan Reidt via fax to 206.374.2658

Dear Mr. Reidt,

Please accept this letter as my attempt to meet and confer with you regarding your MOTION TO DISMISS and AMENDED MOTION TO DISMISS as well as the issue surrounding Alki Mortgage LLC.

It's my understanding that you did not serve me with your MOTION TO DISMISS, did you file a Proof of Service with the court regarding your MOTION TO DISMISS?  If so, could you please fax it to me.  Regarding your AMENDED MOTION TO DISMISS you faxed to me on December 26, 2007,  I just checked the court's website and I'm unable to locate your AMENDED MOTION TO DISMISS.  Did you file your AMENDED MOTION TO DISMISS?  I have not been served with your AMENDED MOTION TO DISMISS, why is that?

As to the issue of Alki Mortgage LLC.  I've sent you multiple communications regarding the fact that Alki Mortgage LLC needs to be represented by an attorney.  It's my understanding that you're not an attorney and therefore you can't represent Alki Mortgage LLC.  Are you an attorney?  On more than one occasion a person by the name of Mr. Rosen contacted me and represented himself to be an attorney and that he was contacting me on behalf of you and Alki Mortgage and informed me that he would be substituting in as your counsel as well as counsel for Alki Mortgage LLC.  I signed off on the stipulation to continue dates wherein Mr. Rosen informed me that he would be contacting the court and having scheduled dates postponed in order to allow himself to answer properly.  I now believe that you were the person contacting me and pretending to be Mr. Rosen to dupe me into not showing up to court or filing required documents.

Please take notice that on January 16, 2008 at 9:30 AM in Courtroom F, 15th floor, before the Honorable Judge James Larson, located at 450 Golden Gate Avenue in San Francisco, CA,  Plaintiff, John Brosnan, will move the court for an EX PARTE ORDER TO STRIKE THE ANSWER OF ALKI MORTGAGE LLC AND ENTER THE DEFAULT OF ALKI MORTGAGE LLC AND ISSUE SANCTIONS IN THE AMOUNT OF $25,000 AGAINST DYLAN REIDT FOR THE UNLICENSED PRACTICE OF LAW.

Please advise via fax,

Sincerely,
John Brosnan