## CIVIL MINUTES

**Chief Magistrate Judge James Larson**  　　**Juanita Gonzalez- Court Reporter**
Date: **January 30, 2008**  　　(10:05-10:32 - 27 mins)

Case No: **C07-4339 JL**

Case Name: **John Brosnan v. Alki Mortgage**

Plaintiff Attorney(s): In pro per
Defendant Attorney(s): Dylan Reidt - In pro per

Deputy Clerk: **Wings Hom**

**PROCEEDINGS:**　　　　　　　　　　　　　　　**RULING:**
1. Deft's mo to dismiss　　　　　　　　　　　　Submitted
2.
3.
4.
[ ]  Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
　　[ ] Jury  [ ]  Court

Notes: Both parties to meet and confer, w/in 30 days, to exchange correspondence in attempt to resolve case.


cc: Venice, Kathleen,