

7025 California Avenue SW
Seattle, WA 98136
206-938-5626 Office
206-374-2658 Fax

January 30, 2008

FILED

FEB 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court Northern District of California
Magistrate Judge James Larson
450 Golden Gate Avenue
16th Floor / Clerks Office
San Francisco, CA 94102

RE: C 07 4339 JL   Brosnan v Alki Mortgage – Access to www.net-leads.net

I, Dylan Reidt, owner of Alki Mortgage, LLC give John Brosnan access to www.net-leads.net to fully investigate any matters as to the relationship of Alki Mortgage, LLC and all of its employees (W2 or 1099) to validate the acquisition of leads. This access will be granted for the purpose of investigating any and all leads purchased by Alki Mortgage, LLC and/or its employees.

Please find attached correspondence between www.net-leads.net and Alki Mortgage, LLC,  pertaining to the purchase and refund of the lead in question purchased on 8/3/07, the refund of this lead on 8/10/07 and the methods of generation of leads from www.net-leads.net.

Dylan Reidt

I certify that I know or have satisfactory _____ _Reidt_____ is the person who
                                                                Name of Person

appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath state that

(he/she) was authorized to execute the instrument and acknowledge it as the ___OWNER___
                                                                                    Type of Authority

of _ALKI MORTGAGE, LLC_ to be free and voluntary act such party for the uses and purposes mentioned
      Name of Company
in the instrument.

Dated: _1/30/08_____

My appointment expires on _3/24/2010_

CINDY M. HOPE
COMMISSION EXPIRES
MARCH 24 2010
STATE OF WASHINGTON
NOTARY PUBLIC

Exhibit 1 – Fax from Brosnan regarding net-leads.net (page1)

Exhibit 2 – log of phone calls trying to verify Mike at net-leads.net (page 2)

Exhibit 3 – Emails to net-leads.net asking for how leads are generated and print outs from net-leads.net showing how leads are generated (pages 3-9)

Exhibit 4 – printout from net-leads.net of sales summary for lead purchased and history of orders (pages 10-11)

Exhibit 5 – printout from net-leads.net of refund for lead purchased and email of refund (pages 12-13)

Exhibit 6 – the lead from net.-leads.net (pages 14-15)

Exhibit 7 – email to/from net-leads.net that they will not disclose any information (pages 16-17)

# EXHIBIT 1

**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel•650.745.2723:Fax**

August 28, 2007

Re:  Brosnan v Alki, Case number C07-4339JL
To:   Dylan Reidt via fax to 206.374.2658
       Mike via fax to 623.321.2658

Dear Mr. Reidt,

Today you told me that your company purchased the lead for Kevin James from Net-Leads.Net. I just spoke with a person by the name of Mike at Net-Leads.Net who told me that you didn't. Mike can be reached at 866.714.4574. I asked that he provide me with a physical address other than a P.O. Box and he refused to do so. When I did a search on the domain name Net-Leads.Net it comes back to a company called Domains by Proxy, http://domainsbyproxy.com. Domains by Proxy allows the owner of a website to hide the true identity of the owner of a website. You can search the domain name of Net-Leads.Net by going to http://betterwhois.com and entering their domain name.

Do you have any proof that you purchased the lead from Net-Leads.Net?

Sincerely,
John Brosnan

# EXHIBIT 2

CALLS TO MIKE AT NET-LEADS.NET

8/28/07@140PM-LVM for Mike at 866-714-4574

8/29/07 @ 1025AM- LVM for Mike at 866-714-4574

When calling this number it says you have reached corporate offices.  No company named.  Then says to enter extension.  The phone rings for a bit, then goes into a voice mail.  Never mention of a company name.  Unable to find any listing for this number that was provided as being a net-leads phone number by John Brosnan.

I, Jennifer Parker, called and left a voice mail at the number above to have 'Mike' call back to get information about the purchase of the lead.  I did not get a call back at anytime.

Jennifer Parker

EXHIBIT 3

**Dylan Reidt**

**From:** Net-Leads.net [sales@net-leads.net]
**Sent:** Wednesday, August 08, 2007 8:12 AM
**To:** Dylan Reidt
**Subject:** Re: Leads you generate

We generate leads by various methods. We use opt-in email, banner ads, pop-up windows, affiliate sites. We do not buy leads from lead brokers, however, we do outsource some of our marketing.

Thank you,
Net-leads.net

-----Original message-----
From: Dylan Reidt dylan@alkimortgage.com
Date: Tue, 07 Aug 2007 14:04:22 -0700
To: "sales@net-leads.net" sales@net-leads.net
Subject: Leads you generate

> Hello, my name is Dylan Reidt and I am the owner Broker of Alki Mortgage, LLC here in
Seattle, WA. I have been using your system now for just over a month and have a loan
officer that has been using your system for over 1 year. It is important to me to
understand how you generate your leads.
>
> 1. Do you send out bulk unsolicited email?
> 2. Do you have web sites that generate leads?
> 3. Do you buy leads from other providers?
> If you can answer these question and you are a legal company then we will be able to
continue to do business but if you buy leads or send out junk email then I am not
interested in working with you so thank you for taking the time to answer my question and
I look forward to you response.
>
>
> Dylan Reidt
>
> Alki Mortgage, LLC
>
> 7025 California AVE SW
>
> Seattle, WA 98136
>
> Office: 206-938-5626 ext. 101
>
> Direct : 206-795-0826
>
>
>
>
>
> Confidentiality notice:  This e-mail and any attachments may contain legally privileged
and/or confidential information. If you are not the intended recipient, please notify the
sender immediately by return e-mail, delete this e-mail and destroy any copies. You are
hereby notified that any dissemination, distribution, copying or use of this information
by a person other than the intended recipient is unauthorized and may be illegal.  The
recipient(s) should check this e-mail for the presence of viruses.  The company accepts no
liability for any damage caused by any virus transmitted by this e-mail.
>
>
> >
> >

1

[1/1]    P3

**Dylan Reidt**

From:           Net-Leads.net [sales@net-leads.net]
Sent:           Tuesday, August 14, 2007 9:01 AM
To:             Dylan Reidt
Subject:        RE: Leads you generate


We do not send out blast emails. You should not have any type of negative action against
you. As our customers have not encountered such situations.

Thank you,
Net-leads.net

-----Original message-----
From: Dylan Reidt dylan@alkimortgage.com
Date: Mon, 13 Aug 2007 11:27:19 -0700
To: Net-Leads.net sales@net-leads.net
Subject: RE: Leads you generate

> So I want to make sure before I deposit today that you do not send out blast email's and
that if you do then you agree to hold us harmless from any action that may or will be
brought against us.  As long as you assume responsibility for this and liability and agree
to pay cost; if you do blast emails, then I will renew are subscription with you as soon
as I hear back.  If you would reply with we agree then I will know that either you do not
send out blast emails or if you do then we hold no liability for them.
>
> Dylan Reidt
> Alki Mortgage, LLC
> 7025 California AVE SW
> Seattle, WA 98136
> Office: 206-938-5626 ext. 101
> Direct : 206-795-0826
>
>
> Confidentiality notice:  This e-mail and any attachments may contain legally privileged
and/or confidential information. If you are not the intended recipient, please notify the
sender immediately by return e-mail, delete this e-mail and destroy any copies. You are
hereby notified that any dissemination, distribution, copying or use of this information
by a person other than the intended recipient is unauthorized and may be illegal.  The
recipient(s) should check this e-mail for the presence of viruses.  The company accepts no
liability for any damage caused by any virus transmitted by this e-mail.
>
>
>
> -----Original Message-----
> From: Net-Leads.net [mailto:sales@net-leads.net]
> Sent: Wednesday, August 08, 2007 8:12 AM
> To: Dylan Reidt
> Subject: Re: Leads you generate
>
> We generate leads by various methods. We use opt-in email, banner ads, pop-up windows,
affiliate sites. We do not buy leads from lead brokers, however, we do outsource some of
our marketing.
>
> Thank you,
> Net-leads.net
>
> -----Original message-----
> From: Dylan Reidt dylan@alkimortgage.com
> Date: Tue, 07 Aug 2007 14:04:22 -0700
> To: "sales@net-leads.net" sales@net-leads.net
> Subject: Leads you generate
>
> > Hello, my name is Dylan Reidt and I am the owner/Broker of Alki Mortgage, LLC here in

1

[1/1]       P4

Seattle, WA.  I have been using your system now for just over a month and have a loan
officer that has been using your system for over 1 year.  It is important to me to
understand how you generate your leads.
> >
> >  1.  Do you send out bulk unsolicited email?
> >  2.  Do you have web sites that generate leads?
> >  3.  Do you buy leads from other providers?
> > If you can answer these question and you are a legal company then we will be able to
continue to do business but if you buy leads or send out junk email then I am not
interested in working with you so thank you for taking the time to answer my question and
I look forward to you response.
> >
> >
> > Dylan Reidt
> >
> > Alki Mortgage, LLC
> >
> > 7025 California AVE SW
> >
> > Seattle, WA 98136
> >
> > Office: 206-938-5626 ext. 101
> >
> > Direct : 206-795-0826
> >
> >
> >
> >
> >
> > Confidentiality notice:  This e-mail and any attachments may contain legally
privileged and/or confidential information. If you are not the intended recipient, please
notify the sender immediately by return e-mail, delete this e-mail and destroy any copies.
You are hereby notified that any dissemination, distribution, copying or use of this
information by a person other than the intended recipient is unauthorized and may be
illegal.  The recipient(s) should check this e-mail for the presence of viruses.  The
company accepts no liability for any damage caused by any virus transmitted by this e-
mail.
> >
> >
> >
> >
>

**Jennifer Parker**

| | |
|---|---|
| **From:** | Net-Leads.net [sales@net-leads.net] |
| **Sent:** | Wednesday, September 12, 2007 3:27 PM |
| **To:** | Jennifer Parker |
| **Subject:** | Re: question about services available |

We use a number of methods to generate our leads. We use opt-in email, banner ads, popup
windows, affiliate sites. We do not buy leads from lead brokers, however we do outsource
some of our marketing. We do varify leads, but we do not gurantee that you will not
receive a bad lead. For bad leads you may use our Return a Lead link and enter the
information asked. With all purchases you will receive a receipt via email. Before
submitting leads for a refund a strongly suggest reading the Return Policy and our Terms
and Conditions.

Thank you,
Net-leads.net

-----Original message-----
From: Jennifer Parker jennifer@alkimortgage.com
Date: Wed, 12 Sep 2007 14:08:36 -0700
To: "sales@net-leads.net" sales@net-leads.net
Subject: question about services available

> Hi:
>
> I am inquiring as to some of your services available for mortgage leads.
>
> How do you get the potential client information that you sell?
> Do you have any means of verifying that information for accuracy?
> How do I get receipts for leads purchased?  Leads returned?
>
> Please advise.
>
> Jennifer Parker
> Alki Mortgage, LLC
> 7025 California Ave SW
> Seattle, WA  98136
> PH (206) 938-5626 ext 114
> FX (206) 374-2658
> jennifer@alkimortgage.com
>
> CONFIDENTIALITY NOTICE:  THIS EMAIL AND ANY ATTACHMENTS MAY CONTAIN LEGALLY PRIVELDGED
AND/OR CONFIDENTIAL INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE
SENDER IMMEDIATELY BY RETURN E-MAIL, DELETE THIS E-MAIL AND DESTROY ALL COPIES.  YOU ARE
HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS INFORMATION
BY A PERSON OTHER THAN THE INTENDED RECIPIENT IS UNAUTHORIZED AND MAY BE ILLEGAL.  THE
RECIPIENT(S) SHOULD CHECK THIS E-MAIL FOR PRESENCE OF VIRUSES.  THE COMPANY ACCEPTS NO
LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS E-MAIL.
>
>
>

[1/1]          P6

Home        Our Leads        Sign Up        Contact Us

# Net-Leads.net
### Your #1 source for mortgage leads.

| Getting Started | Browse Leads | Fund Account | F.A.Q. | Return a Lead | Log out |

Goto: **Resource Center Home** | **Search** |

Resource Center Home > Net-Leads Resources > Frequently Asked Questions
(F.A.Q.) > **How do you generate your leads?**

| **Author** | **Thread** |
|---|---|
| Net-Leads
Administrator | **How do you generate your leads?**
We generate leads by various methods. We use opt-in email, banner ads, pop-up windows, affiliate sites. We do not buy leads from lead brokers, however, we do outsource some of our marketing. |

*(Last edit:: 10/5/2006 15:46)*

**Location:** Arizona

5/18/2006 16:12                                                                   Link - Ip: Logged - Quote: ☐

No answers

Quick reply                     You need to login before you can post.

Home | About Us | Our Leads | Signup | Affiliate Programs | Contact Us

Net-Leads.net. Copyright 2007



Goto: **Resource Center Home** | **Search** |

Resource Center Home **>** Net-Leads Resources **>** Terms and Conditions **> Net-Leads Terms and Conditions**

| Author | Thread |
|---|---|
| Net-Leads Administrator | **Net-Leads Terms and Conditions**<br>Net-Leads.net™ is an Internet lead generation service provider offering qualified Sales Leads on a pay-per-lead basis for Loan Originators & National Companies (hereafter called "Customers") Customer agrees to use Net-Leads.net™ only for lawful purposes. |
| **Location:** Arizona | **Limitation of Liability**<br>In no event shall the total liability of the Net-Leads.net™ parties, either jointly or separately, exceed the total amount paid by Customer to Net-Leads.net™. |

**Indemnification**
User agrees to hold harmless Net-Leads.net™ and its independent contractors, their officers, agents and employees (collectively, together with Net-Leads.net™, the "Indemnities") against any economic harm arising out of, or related to any breach by Customer of any term or condition of this Agreement. If any action shall be brought against any Indemnity, each party shall assume payment of its expenses including the employment of counsel.

Because there are various laws in all States regulating lead generation through the Internet, Net-Leads.net™ hereby agrees to comply with all applicable State and Federal laws, including, but not limited to providing potential prospects with the means to be deleted from any mailing list, and providing a valid return-mail address on any solicitations offered. Net-Leads.net™ agrees to indemnify Customer and hold harmless from any possible legal actions resulting from its solicitation of prospects.

**Net-Leads.net™ Rights**
Net-Leads.net™ reserves the right to select Customers and to refuse service to Net-Leads.net™ to any person or entity. Net-Leads.net™ may immediately terminate without notice the Account of any Customer who misuses Net-Leads.net™ or fails to comply with any term or condition of this Agreement. Net-Leads.net™ may at any time modify this Agreement and adopt additional terms and conditions governing Customer's use of Net-Leads.net™ leads. Net-Leads.net™ reserves the right to change or add any fees or charges at any time effective upon ten (10) days' prior notice. Termination Either Customer or Net-Leads.net™ may terminate Customer's Account at any time with 24 hours notice. Customer acknowledges and agrees that the provisions of this Agreement shall survive the termination of Customer's Account and Customer shall thereafter remain bound by such provisions.

**Phone and Email Marketing from Net-Leads.net**
I/We agree that signing up as a user of the Net-Leads.net website, I/We understand that I may be contacted by phone or by email for marketing purposes. And I/We also agree that such phone calls or emails should not be considered as violating current state and/or federal laws concerning "do not call" lists or "spamming.

If in the event that a user wishes to not be contacted, either by phone or by email, that user must put that request in writing and faxed to our offices at 623-321-1981.

**Lead Definition and Credit Policy**
Customer agrees to pay for all valid leads regardless of their profitability. Leads are considered valid if they contain a valid name and phone number.

**Credit Policy**
Our policy is to give our Customers credit for leads that meet the specified criteria. (*All leads being returned for credit must be returned to Net-Leads.net ™ within 72 hours from the time of delivery).

5/19/2006 13:58

[1/1]    P8

ttp://www.net-leads.net/resourcecenter/topic.asp?TID=22    8/7/2???

Link - Ip: Logged - Quote: ☐

No answers

Quick reply    You need to login before you can post.

Home | About Us | Our Leads | Signup | Affiliate Programs | Contact Us

Net-Leads.net, Copyright 2007

# EXHIBIT 4



| Home | Our Leads | **Net-Leads.net** | | Sign Up | Contact Us |

Your #1 source for mortgage leads.

| **Getting Started** | **Browse Leads** | **Fund Account** | **F.A.Q.** | **Return a Lead** | Log out |

## Download Your Leads

Thank you for your purchase, you may now download your Leads by choosing your format below.

*PLEASE DO NOT USE YOUR BACK BUTTON, IT MAY CAUSE A EXTRA CHARGE TO YOUR ACCOUNT.



| **Sales Summary and Download Links** | |
|---|---|
| **Your Order #** | 1158459 |
| **Total Sale Amount:** | $20.00 |

**DOWNLOAD INSTRUCTIONS:**
Choose a format by clicking EXCEL or TXT. When prompted, choose "SAVE" and save the file to your desktop.

You may re-name to file to suit your needs.

**DON'T HAVE MICROSOFT EXCEL OR WORD?**
Download the Excel Viewer for free. OR
Download the Word Viewer for free. (for TXT files)

DOWNLOAD AS EXCEL          DOWNLOAD AS TXT

(handwritten: 2 leads 10# ea)

| THANK YOU FOR YOUR ORDER! |
| Click below to return to the home page. |
| Finished! |

Net-Leads.net, Copyright 2007

# Net-Leads.net
### Your #1 source for mortgage leads.

Home    Our Leads    Sign Up    Contact Us

| Getting Started | Browse Leads | Fund Account | F.A.Q. | Return a Lead | Log out |

## Previous Orders (last 25 orders)

Below is your order history, you may re-download Leads that have been ordered 30 days prior to today.

| | Order # | Date Ordered | Total Cost: | Download: | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1158855 | 8/7/2007 | $30 | Re-download this order | | | |
| 2 | 1158792 | 8/7/2007 | $30 | Re-download this order | | | |
| 3 | 1158702 | 8/6/2007 | $15 | Re-download this order | | | |
| 4 | 1158645 | 8/6/2007 | $15 | Re-download this order | | | |
| 5 | 1158483 | 8/3/2007 | $10 | Re-download this order | | | |
| 6 | 1158468 | 8/3/2007 | $10 | Re-download this order | | | |
| 7 | 1158459 | 8/3/2007 | $20 | Re-download this order | | | |
| 8 | 1158336 | 8/2/2007 | $30 | Re-download this order | | | |
| 9 | 1158300 | 8/2/2007 | $15 | Re-download this order | | | |
| 10 | 1158069 | 7/31/2007 | $15 | Re-download this order | | | |
| 11 | 1157979 | 7/31/2007 | $30 | Re-download this order | | | |
| 12 | 1157790 | 7/30/2007 | $15 | Re-download this order | | | |
| 13 | 1157643 | 7/27/2007 | $10 | Re-download this order | | | |
| 14 | 1157532 | 7/27/2007 | $10 | Re-download this order | | | |
| 15 | 1157343 | 7/26/2007 | $15 | Re-download this order | | | |
| 16 | 1157319 | 7/26/2007 | $15 | Re-download this order | | | |
| 17 | 1157067 | 7/24/2007 | $60 | Re-download this order | | | |
| 18 | 1157046 | 7/24/2007 | $15 | Re-download this order | | | |
| 19 | 1156839 | 7/23/2007 | $45 | Re-download this order | | | |
| 20 | 1156797 | 7/23/2007 | $15 | Re-download this order | | | |
| 21 | 1156710 | 7/20/2007 | $10 | Re-download this order | | | |
| 22 | 1156701 | 7/20/2007 | $10 | Re-download this order | | | |
| 23 | 1156698 | 7/20/2007 | $50 | Re-download this order | | | |

<< GO BACK

Net-Leads.net. Copyright 2007

# EXHIBIT 5

Home          Our Leads                                    Sign Up          Contact Us

# Net-Leads.net
### Your #1 source for mortgage leads.

| **Getting Started** | **Browse Leads** | **Fund Account** | **F.A.Q.** | **Return a Lead** | Log out |

## Lead Return History
Check the status of your open / pending returns below.

**Status Definitions:**
**OPEN** = This lead is still being verified. If submitted more then 72 hours ago please be patient as we may be experiencing higher volumes.
**REFUNDED** = This lead has been accepted for return and money has been refunded to your account.
**REJECTED** = This lead was not accepted for return, please read our return policy for return policy guidelines.

Records 1 to 18 of 18                                    << Previous Page  |  Next Page >>

| Date, Time Returned: | Lead ID: | Original Purchase Date: | Status: |
| --- | --- | --- | --- |
| 8/17/2007, 2:11:50 PM | 338640 | 8/17/2007 | REFUNDED |
| 8/15/2007, 6:24:27 PM | 338286 | 8/15/2007 | REFUNDED |
| 8/15/2007, 6:16:50 PM | 338038 | 8/14/2007 | REFUNDED |
| 8/15/2007, 9:30:56 AM | 338339 | 8/15/2007 | REFUNDED |
| 8/14/2007, 5:03:09 PM | 338035 | 8/14/2007 | REFUNDED |
| 8/10/2007, 10:59:56 AM | 337560 | 8/10/2007 | REFUNDED |
| 8/9/2007, 2:07:38 PM | 337293 | 8/9/2007 | REJECTED |
| 8/9/2007, 9:18:46 AM | 337343 | 8/9/2007 | REFUNDED |
| 8/7/2007, 10:08:48 AM | 336590 | 8/7/2007 | REFUNDED |
| 8/6/2007, 11:29:01 AM | 336130 | 8/3/2007 | REJECTED |
| 8/3/2007, 9:55:09 AM | 335947 | 8/3/2007 | REFUNDED |
| 7/31/2007, 6:48:27 PM | 334927 | 7/31/2007 | REFUNDED |
| 7/27/2007, 5:15:24 PM | 334220 | 7/27/2007 | REJECTED |
| 7/27/2007, 9:12:35 AM | 333965 | 7/27/2007 | REFUNDED |
| 7/24/2007, 11:24:24 AM | 332891 | 7/24/2007 | REFUNDED |
| 7/23/2007, 11:41:10 AM | 332748 | 7/23/2007 | REFUNDED |
| 7/23/2007, 9:39:20 AM | 332585 | 7/23/2007 | REFUNDED |
| 7/20/2007, 12:39:40 PM | 331721 | 7/20/2007 | REJECTED |

<< Previous Page  |  Next Page >>

Net-Leads.net, Copyright 2007



## Dylan Reidt

**From:**       Erik Reault
**Sent:**       Friday, August 24, 2007 11:36 AM
**To:**         Dylan Reidt
**Subject:**    FW: Refund Notification, Lead #335947


Erik Reault - Branch Manager
Alki Mortgage, LLC
Tel:  253-536-8111 Ext. 604
Toll: 866-476-8111 Ext. 604
Fax: 253-536-6756
Cell: 206-852-9964
erikr@alkimortgage.com

Confidentiality notice:  This e-mail and any attachments may contain legally privileged
and/or confidential information. If you are not the intended recipient, please notify the
sender immediately by return e-mail, delete this e-mail and destroy any copies. You are
hereby notified that any dissemination, distribution, copying or use of this information
by a person other than the intended recipient is unauthorized and may be illegal.  The
recipient(s) should check this e-mail for the presence of viruses.  The company accepts no
liability for any damage caused by any virus transmitted by this e-mail.

-----Original Message-----
From: Net-Leads.net [mailto:returns@net-leads.net]
Sent: Friday, August 10, 2007 10:52 AM
To: Erik Reault
Subject: Refund Notification, Lead #335947

Dear Valued Customer; This is a notification that your account has been credited for 1
returned Lead.
Lead ID#: 335947, originally purchased for $10. (completely refunded)

Your current balance is now: $15

Net-Leads.net Returns Dept.
returns@net-leads.net
www.net-leads.net



# EXHIBIT 6

## Net-Leads.net

**Lead ID:** 335947
**Name:** Kevin James
**Address:** 11760 Laurelcrest Drive
**City, State Zip:** Studio City, CA 91604
**Best Time to Contact:** Morning at Work
**Email:** kevinjames@apexispservices.com
**Home Phone:** (310)893-0862
**Work Phone:** (310)893-0862
**Credit Grade:** Excellent
**Property Type:** Single Family Residence
**Property Value:** 1100000
**Mortgage Balance:** 450000
**Mortgage Rate:** 7.38
**Loan Amount:** 900000
**Lead Type:** SEMI
**Loan Purpose:** Refinance



| LeadID | FullName | Address | City | Stat | Zip | BestTime | Email | HomePhone | WorkPhone | Crndi | Propert | HomeValu | Mortgag | Mortg | LoanAm | LoanPur | Lead Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 335947 | Kevin James | 11760 | Studio Cty | CA | 91604 | Morning at Work | kevinjames@ape | (310)893-0862 | (310)893-0862 | Excell | Single | 1100000 | 450000 | 7.38 | 900000 | Refinance | SEMI |
| 336130 | Kelly Ulricksen | 20336 | Burlington | WA | 98233 | Evening at home | kelly.ulricksen@g | (360)757-3230 | (360)757-3230 | Good | Single | 325000 | 200000 | 6.75 | 292000 | Refinance | SEMI |

# EXHIBIT 7

**Jennifer Parker**

**From:**       Net-Leads.net [sales@net-leads.net]
**Sent:**       Friday, October 26, 2007 10:24 AM
**To:**         Jennifer Parker
**Subject:**    Re: Confirmation lead purchased


Thank you for contacting Net-Leads, unfortunately because of our privacy policy, we cannot disclose any information on other customer accounts, even if the customer works for your company.

You can verify if this lead was purchased by logging into the original purchasing account and choosing the "Lead Order History" button from the user options.

Thank you,
Sales Dept.
sales@net-leads.net


-----Original message-----
From: Jennifer Parker jennifer@alkimortgage.com
Date: Mon, 22 Oct 2007 19:56:16 -0700
To: "sales@net-leads.net" sales@net-leads.net
Subject: Confirmation lead purchased

> Good Morning:
>
> We are requesting to obtain confirmation on a lead purchased from your company.
>
> On 8/3/07, Alki Mortgage purchased lead # 335947 (Client-Kevin James -California
refinance).  Our order number is 1158459.  Can you please send us confirmation on this
lead purchase?
>
> Thank You.
>
> [cid:image002.jpg@01C814AA.10E8D7B0]
> Jennifer Parker
> Alki Mortgage, LLC
> 7025 California Ave SW
> Seattle, WA  98136
> PH (206) 938-5626 ext 114
> FX (206) 374-2658
> jennifer@alkimortgage.com
>
> CONFIDENTIALITY NOTICE:  THIS EMAIL AND ANY ATTACHMENTS MAY CONTAIN LEGALLY PRIVELDGED
AND/OR CONFIDENTIAL INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE
SENDER IMMEDIATELY BY RETURN E-MAIL, DELETE THIS E-MAIL AND DESTROY ALL COPIES.  YOU ARE
HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS INFORMATION
BY A PERSON OTHER THAN THE INTENDED RECIPIENT IS UNAUTHORIZED AND MAY BE ILLEGAL.  THE
RECIPIENT(S) SHOULD CHECK THIS E-MAIL FOR PRESENCE OF VIRUSES.  THE COMPANY ACCEPTS NO
LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS E-MAIL.
>
>
>

**Jennifer Parker**

**From:** Net-Leads.net [sales@net-leads.net]
**Sent:** Friday, October 26, 2007 10:24 AM
**To:** Jennifer Parker
**Subject:** Re: Confirmation lead purchased

Thank you for contacting Net-Leads, unfortunately because of our privacy policy, we cannot disclose any information on other customer accounts, even if the customer works for your company.

You can verify if this lead was purchased by logging into the original purchasing account and choosing the "Lead Order History" button from the user options.

Thank you,
Sales Dept.
sales@net-leads.net


-----Original message-----
From: Jennifer Parker jennifer@alkimortgage.com
Date: Mon, 22 Oct 2007 19:56:16 -0700
To: "sales@net-leads.net" sales@net-leads.net
Subject: Confirmation lead purchased

> Good Morning:
>
> We are requesting to obtain confirmation on a lead purchased from your company.
>
> On 8/3/07, Alki Mortgage purchased lead # 335947 (Client-Kevin James -California
> refinance).  Our order number is 1158459.  Can you please send us confirmation on this
> lead purchase?
>
> Thank You.
>
> [cid:image002.jpg@01C814AA.10E8D7B0]
> Jennifer Parker
> Alki Mortgage, LLC
> 7025 California Ave SW
> Seattle, WA  98136
> PH (206) 938-5626 ext 114
> FX (206) 374-2658
> jennifer@alkimortgage.com
>
> CONFIDENTIALITY NOTICE:  THIS EMAIL AND ANY ATTACHMENTS MAY CONTAIN LEGALLY PRIVELDGED
> AND/OR CONFIDENTIAL INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY THE
> SENDER IMMEDIATELY BY RETURN E-MAIL, DELETE THIS E-MAIL AND DESTROY ALL COPIES.  YOU ARE
> HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS INFORMATION
> BY A PERSON OTHER THAN THE INTENDED RECIPIENT IS UNAUTHORIZED AND MAY BE ILLEGAL.  THE
> RECIPIENT(S) SHOULD CHECK THIS E-MAIL FOR PRESENCE OF VIRUSES.  THE COMPANY ACCEPTS NO
> LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS E-MAIL.
>
>
>