

# FACSIMILE TRANSMITTAL SHEET

| To: Ben Moore | Date: 1/11/08 |
|---|---|
| Fax: 415-522-2140 | Pages (inc. cover) 7 |

RE: Certificate of Service & LLC Letter

☒ URGENT     ☒ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Message:
Ben:

Sorry, I was out yesterday, so I am responding this morning.

Here are copies of the certificate of service for sending Mr.
Brosnan the motion to dismiss and amended motion to dismiss,
along with the letter of LLC by Dylan Reidt.

If you need anything further, please let me know.

Thank you,

Jennifer Parker
Alki Mortgage, LLC
7025 California Ave SW
Seattle, WA 98136
jennifer@alkimortgage.com
PH (206)938-5626 x 114
FX (206)374-2658

THE INFORMATION CONTAINED IN THIS FACSIMILE COMMUNICATION IS PRIVILEDGED AND/OR CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS COVER PAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR THE INFORMATION CONTAINED HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE (206) 938-5626, AND RETURN THIS FACSIMILE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU

FILED

JAN 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN DBA APEX ISP SERVICES, | ) Case No.: C 07 4339 JL |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| ALKI MORTGAGE, BRIAN MCKEE, DYLAN REIDT and DOES 1-100, | ) |
| Defendant | ) |

I, Jennifer Parker, hereby certify that on December 17, 2007, I sent copies of Motion To Dismiss on the following parties by way of United States Postal Service.

　　1) John Brosnan
　　3321 Vincent Road
　　Pleasant Hill, CA  94523

_12/17/2007_

Date

_Jennifer Parker_

Signature

Certificate of Service - 1

FILED

JAN 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN DBA APEX ISP ) Case No.: C 07 4339 JL
SERVICES, )
) CERTIFICATE OF SERVICE
Plaintiff, )
)
vs. )
)
ALKI MORTGAGE, BRIAN MCKEE, )
DYLAN REIDT and DOES 1-100, )
)
Defendant )
_____)

I, Jennifer Parker, hereby certify that on December 26, 2007, I
sent copies of Motion to Dismiss, Amended Motion to Dismiss,
Letter of LLC and Articles of Incorporation on the following
parties by way of Facsimile to 925-237-8300.

    1) John Brosnan

    3321 Vincent Road

    Pleasant Hill, CA   94523

Copies of confirmation attached.

12/26/2007

Date                         Signature