TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/26/2007 15:01
NAME    :
FAX     : 2069384631
TEL     : 2069385626
SER.#   : BROE2J368865
```

```
DATE,TIME       12/26 14:57
FAX NO./NAME    19252378300
DURATION        00:03:31
PAGE(S)         10
RESULT          OK
MODE            FINE
                ECM
```



FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



ALKI
MORTGAGE

## FACSIMILE TRANSMITTAL SHEET

To: John Brosnan               Date: 12/26/07

Fax: 925-237-8300              Pages (inc. cover) 10

RE:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Message:
Here is a copy of the original motion to dismiss, the amended motion to dismiss that we are filing, my paperwork showing that I am sole owner of an LLC, allowed in Washington State.


Thank you,

Alki Mortgage, LLC
7025 California Ave SW
Seattle, WA 98136




Wednesday, December 05, 2007

RE: United States District Court Northern District of California case Brosnan v Alki Mortgage, LLC C07-4339 JL

To Whom It May Concern:

I, Dylan Reidt, am the sole owner/single member of Alki Mortgage, LLC, a Washington Limited Liability Company.

If you have any further questions, please contact me at anytime.

Sincerely,

Dylan Reidt
Owner
Cell (206) 795-0826
Fax (206) 374-2658
Email dylanreidt@alkimortgage.com

# FedEx Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 2, 2008

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799775105327**

*FILED JAN 11 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 3321 VINCENT ROAD Pleasant Hill, CA 94523 |
| **Signed for by:** | W. ZIMMERMAN | **Delivery date:** | Dec 28, 2007 13:54 |
| **Service type:** | Standard Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799775105327 | **Ship date:** | Dec 27, 2007 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523 US

**Shipper:**
Jennifer Parker
Alki Mortgage
7025 California Ave SW
Seattle, WA 98136 US

**Reference**  DR-Motion to Dismiss

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN DBA APEX ISP SERVICES,  ) Case No.: C 07 4339 JL
       Plaintiff,  ) CERTIFICATE OF SERVICE
  vs.
ALKI MORTGAGE, BRIAN MCKEE, DYLAN REIDT and DOES 1-100,
       Defendant

FILED JAN 11 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, Jennifer Parker, hereby certify that on December 27, 2007, I sent copies of Motion to Dismiss, Amended Motion to Dismiss, Letter of LLC and Articles of Incorporation on the following parties by way of Federal Express.

   1) John Brosnan
   3321 Vincent Road
   Pleasant Hill, CA  94523

Copies of signatures attached.

_1/2/2008_              [signature: Jennifer Parker]
Date                               Signature

Certificate of Service - 1