UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN DBA APEX ISP SERVICES, <br><br> Plaintiff, <br><br> vs. <br><br> ALKI MORTGAGE, BRIAN MCKEE, DYLAN REIDT and DOES 1-100, <br><br> Defendant | Case No.: C 07 4339 JL <br><br> CERTIFICATE OF SERVICE <br><br> **FILED** <br> FEB 8 - 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |

I, Jennifer Parker, hereby certify that on January 30, 2008 I sent a copy of a notarized letter signed by Dylan Reidt for Access to www.net-leads.net for John Brosnan and copies of exhibits 1-7 on the following parties by way of facsimile and mail via USPS:

    John Brosnan

    3321 Vincent Road

    Pleasant Hill, CA   94523

    Facsimile 925-237-8300

_1/30/8_
Date

_[signature: Jennifer Parker]_
Signature

Certificate of Service - 1



```
           TRANSMISSION VERIFICATION REPORT

                                         TIME    : 01/30/2008 13:55
                                         NAME    :
                                         FAX     : 2069384631
                                         TEL     : 2069385626
                                         SER.#   : BROE2J368865


   DATE,TIME              01/30  13:44
   FAX NO./NAME           19252378300
   DURATION               00:11:28
   PAGE(S)                38
   RESULT                 OK
   MODE                   FINE
                          ECM
```



## FACSIMILE TRANSMITTAL SHEET

| To: John Brosnan | Date: 1-30-08 |
|---|---|
| Fax: 925-237-8300 | Pages (inc. cover) |
| RE: Access to Net-leads.net | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Message:
Also to follow via regular USPS mail service.


Thank you,

*[signature]*

Jennifer Parker