UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

ALKI MORTGAGE CO., ET AL.,

    Defendants.
_____/

No. C 07-4339 JL

**DISMISSAL**

On February 13, 2008, this Court dismissed Plaintiff's complaint with leave to amend to show standing to sue under the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003, ("CAN-SPAM Act" or "Act") 15 U.S.C.A. §§7701-07.

The Court specifically ordered that "Plaintiff must plead specific significant adverse effects suffered by his ISP as a result of Defendant's alleged spam to satisfy the standing requirement and bring suit under the Act. " (Order at 5)

The thirty days have passed, and Plaintiff has not amended his Complaint. Accordingly, this Court dismisses the complaint without prejudice for lack of subject matter jurisdiction, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**United States District Court**
For the Northern District of California

1  DATED: March 24, 2008

_____
James Larson
Chief Magistrate Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28