**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel • 925.237.8300:Fax**

March 28, 2008

Re:  Brosnan v Alki, Case number C07-4339JL
To:  The Honorable James Larson, Chief Magistrate Judge

Dear Judge Larson,

I'm in receipt of a dismissal of case number C07-4339 JL entered on March 24, 2008.  I believe the dismissal was due to the court's belief that I had failed to file an amended complaint in the matter.  In fact I had filed an amended complaint which can be seen on Pacer.  I request that court vacate the dismissal so that I may proceed against the remaining defendants.

Sincerely,
John Brosnan