**Apex ISP Services**
**3321 Vincent Road**
**Pleasant Hill, CA 94523**
**925.930.3486:Tel • 925.237.8300:Fax**

---

April 1, 2008

Re:  Brosnan v Alki, Case number C07-4339JL
To:  The Honorable James Larson, Chief Magistrate Judge

Dear Judge Larson,

I'm in receipt of your ORDER entered on March 31, 2008.  In the ORDER you state that the complaint was dismissed with leave to amend.  Leave to amend was based on a hearing in your court where Alki Mortgage finally agreed to provide proof that they were not the sender of the SPAM but that a company called Net-Leads was.  If you look at my amended complaint you can see that I removed Alki Mortgage and replaced them with Net-Leads.Net.  I also named several of the Does which were initially named in my complaint.

In your ORDER you state that I failed to "state specific adverse effects alleged to be caused to Plaintiff's ISP by ALKI Mortgage's alleged spam."  ALKI had already satisfied the court that they did not send the SPAM but that Net-Leads was the sender.  If you are demanding that I prove that a particular SPAM caused a specific damage I can't do that nor can any ISP.  That would be the same as demanding that the victim of a flood specifically identify which water molecules in the flood caused the damage to their home or a person whose vehicle was damaged in a sandstorm identify which grains of sand caused damage to their car.

The legislative intent behind the CAN-SPAM ACT relative to ISPs is to provide ISPs with the ability to recover damages related to SPAM.  Most offenders of the act exist outside of the jurisdiction of the United States and therefore are immune from the CAN-SPAM ACT.  When an offender who is within the jurisdiction of the United States can be found your ruling is basically saying that an ISP can't go after that offender via the court system because the ISP needs to show that the United States based SPAMMER caused specific damage when they participated in the torrential flood of SPAM.

If 10,000 SPAMMERS send SPAM and an ISP can only track down one of them and then the court requires that the ISP prove significant damage from the located SPAMMER then the court is setting an unreasonable standard for an ISP to recover damages.

Based on the foregoing I ask that you vacate your dismissal.

Sincerely,
John Brosnan