United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 07-4339 JL |
| Plaintiff, | **ORDER** |
| v. | |
| ALKI MORTGAGE CO., ET AL., | |
| Defendants. | |

The Court received Plaintiff's letter dated April 1, 2008, and interprets it as his request for reconsideration of this Court's dismissal of his case. The Court fully considered his arguments and finds them to be unavailing. Reconsideration is hereby denied.

IT IS SO ORDERED.

DATED: April 2, 2008

James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-4339\Order denying Reconsideration.wpd